PROB 12B
(10/24)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Kwame Manu    Cr.: 19-00511-001
PACTS #: 6128283

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/30/2024

Original Offense:    Count One: Conspiracy To Defraud the United States, in violation of 18 U.S.C. § 371 [18 U.S.C. § 2312], a Class D Felony

Original Sentence: 2 years' probation

Special Conditions: Financial Disclosure, Self-Employment/Business Disclosure, Special Assessment - $100, Restitution - $164,275.30

Type of Supervision: Probation    Date Supervision Commenced: 10/30/2024

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**The defendant shall pay the restitution obligation in monthly installments of at least $200.**

## CAUSE

Mr. Manu commenced probation on October 30, 2024. As part of his sentence, Mr. Manu is required to pay $164,275.30 in restitution which was ordered to be paid in full within 30 days of sentencing. Since the commencement of supervision, Mr. Manu has denied having the financial ability to completely pay off the restitution obligation because he is a delivery contractor for FedEx and his income varies due to available work shifts. An updated financial investigation was completed and revealed that Mr. Manu's weekly income varies. After reviewing paystubs, he earns approximately $6,400 per month and his expenses equal $4,152; therefore, he has a monthly cash flow of $2,248. As a result, it was confirmed that Mr. Manu cannot immediately pay off the entire restitution balance; however, he can afford to make $200 monthly payments towards the restitution balance. Mr. Manu agreed to make monthly payments of $200 by signing the attached Waiver of Hearing to Modify Conditions of Probation. Notably, Mr. Manu made a $100 payment on January 7, 2025, to show his willingness to comply with his conditions and will be making another $500 payment before the end of January to show a good faith effort to pay $200 for November 2024, December 2024, and January 2025, and is committed to making monthly payments of $200 moving forward. Mr. Manu currently has a remaining restitution balance of $164,175.30.

At this time, we are respectfully requesting that Mr. Manu's conditions be modified to include a monthly restitution payment schedule of $200 per month. Notably, the U.S. Attorney's Office has no objection to

Prob 12B – page 2
Kwame Manu

this modification of the restitution payment. Should Mr. Manu fail to abide by any of the standard or special conditions, the Court will be promptly notified. We await Your Honor's final decision in this regard.

Respectfully submitted,

JOSPEH DAGROSSA, Acting Chief
U.S. Probation Officer

By: SANTIAGO A. CORNEJO, JR.
U.S. Probation Officer

/ sac

APPROVED:

_____  01/15/2025
CARRIE H. BORONA            Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

1/16/25
Date